1  Name: PEDRO N. IBANEZ  PRO PER

2  Address: 40091 PASEO CHAPARRO ST.

3  MURRIETA CA 92562

4  Phone: 951-452-0475

5  Fax:

6  In Pro Per

7

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
2014 MAR 13 AM 11:52
BY:
FILED

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10  PEDRO N. IBANEZ              | CASE NUMBER:

11                               | EDCV 14-00462  VAP SPX

12                    Plaintiff  | To be supplied by the Clerk of
                                 | The United States District Court

13         v.                    |

14  PATRICK R. DONAHUE           | **Demand for Jury Trial & Motions,**
                                 | **Three Judge Court for Pleading**
15  POSTMASTER GENERAL           | CIVIL COMPLAINT FOR BREACH OF
    US POSTAL SERVICE            | CONTRACT/SETTLEMENT, VIOLATIONS OF
                                 | CIVIL RIGHT ACT, AMERICAN DISABILITIES
16                   Defendant(s). | ACT AND FAIR LABOR STANDARD ACT

17  JURIDICTION IS PROPER ACCORDING TO VENUE WORKSHEET.

18

19  PLAINTIFF HEREBY RESPECTFULLY APPROACH THE HONORABLE COURT FOR THE

20  FOLLOWING CAUSES OF ACTIONS:

21  1. DEFENDANT BREACH A CONTRACT/SETTLEMENT WITH PLAINTIFF AS AN ACT OF

22  RETALLIATION.

23  2. DEFENDANT VIOLATED  TITLE VII OF US CIVIL RIGHTS ACT.

24  3. DEFENDANT VIOLATED THE AMERICANS WITH DISABILITIES ACT.

25  4. DEFENDANT VIOLATED THE FAIR LABOR STANDARDS ACT.

26

27                              PAGE 1

28                              PLEADING

LODGED
2014 MAR 10 PM 1:15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:

PLAINTIFF PRESENTS THE FOLLOWING POINTS AND AUTHORITIES:

1. EEOC V. AUTOZONE INC., 630 F.3D 635 (7TH CIR 2010)

2. ROBINSON V. SHELL OIL CO., 519 US 337 (1997)

3. THOMPSON V. NORTH AMERICAN STAINLESS NP, US NO.09-291 (2011)

4. BURLINGTON NORTHERN & SANTA FE RAILWAY V. WHITE, 548 US 53 (2006)

FACTS OF THE CASE

1.  PLAINTIFF IS WELL KNOWN AT THE LOS ANGELES INTERNATIONAL SERVICE CENTER (LAX ISC) AS AN ADVOCATES EMPLOYEE RIGHTS, HAVING BEEN A FORMER UNION SHOP STEWARD FOR ALL THREE SKILLS OF THE US POSTAL SERVICE (USPS) CLERICAL, MAIL DELIVERY AND MAIL HANDLER.  PLAINTIFF ALSO FILED AND WON THREE EEO COMPLAINTS (EXHIBIT 2, 5 AND 6).

2. PLAINTIFF RETIRED FROM THE USPS EFFECTIVE MARCH 31, 2013, AFTER 10 YEARS OF CONTINUOUS SERVICE.

3. ON HIS APRIL 2012 LAST PAY STUB, PLAINTIFF NOTICED THAT HIS PAY IS SHORT OF FORTY (40) HOURS (PAGE 4 OF EXHIBIT 1-4).  A CALL TO THE USPS HR ACCOUNTING INFORMED PLAINTIFF THAT THIS COULD BE PART OF THE "NORMAL" DELAY IN THE PROCESSING OF RETIREMENT PAY THAT COULD TAKE UP TO SIX MONTHS.

4. THE ABOVE PHONE CALL NEGATES AND CONTRADICTS THE ALLEGATIONS OF KATHERINE BAKER-ABRAMS, EEO SERVICES ANALYST USPS IN HER CORRESPONDENCE TO PLAINTIFF DATED 12/10/2013 "DISMISSAL OF FORMAL EEO COMPLAINT" (EXHIBIT 7) IN WHICH  THE USPS AND MS. BAKER-ABRAMS ALLEGED THAT PLAINTIFF IS AWARE OF AN EEO VIOLATION.

5. ON OR ABOUT 6/3/2013 PLAINTIFF AGAIN MADE A CALL TO USPS HR ACCOUNTING TO FOLLOW UP ON MISSING 40 HOURS.  THIS TIME THE USPS ACCOUNTING CLERK STATED THE REASON FOR THE NON-PAYMENT OF 40 HOURS

THIS TIME THE USPS ACCOUNTING CLERK STATED THE REASON FOR THE
NON-PAYMENT OF 40 HOURS   WAS CLEARLY BECAUSE "YOU WARE WRITTEN UP
AWOL FOR 40 HOURS."  PLAINTIFF ANSWERED TO THE HR ACCOUTING CLERK THAT "
THIS MUST BE A MISTAKE BECAUSE I WON AND I WAS PAID FOR THE ONLY 40 HOURS
AWOL (ABSENT WITHOUT LEAVE) THAT I KNOW OF."  (EXHIBIT 2 EEO SETTLEMENT
AGREEMENT CASE NO. 1F-901-0098-12 DATED 09/26/2012 BETWEEN USPS LAX ISC TOUR3
DISTRIBUTION MANAGER, AT THE TIME MS. BRENDA WALKER, AND PLAINTIFF.)

6. THE HR ACCOUTING CLERK EMPHASIZED THAT "THIS IS A NEW AWOL REPORT."
THE NEW AWOL REPORT WAS CONFIRMED BY AN EEO DISPUTE RESOLUTION (DRS)
INQUIRY REPORT DATED 11/26/2013 (EXHIBIT 3) CONDUCTED BY EEO SPECIALIST
FANTA HAILU OF LOS ANGELES EEO OFFICE.  THIS AWOL REPORT WAS ENTERED BY
MDO ALEJANDRA CRUZ OF LAX ISC TOUR 3 (EXHIBIT 3 PAGE 2).

7. IT WAS ON 11/26/2013 THAT IT BECAME TRULY APPARENT TO PLAINTIFF THAT
HIS EEO RIGHTS WERE VIOLATED.  PLAINTIFF FILED AN EEO COMPLAINT ON
07/22/2013 AND FORM 2565 EEO COMPLAINT OF DISCRIMINATION IN USPS (EXHIBIT 1
AND 4 ) AGAINST HIS FORMER SUPERVISOR BECAUSE THAT IS THE ONLY WAY
JUSTICE MOVES IN THE USPS ESPECIALLY WHEN THE SUPERVISOR SAYS"YOU ARE
NOT IN THE COMPUTER ANYMORE."

WHAT THE  PLAINTIFF ASKS OF THIS HONORABLE COURT:

1. DEFENDANT SHOULD BE FOUND GUILTY OF BREACH OF CONTRACT/SETTLEMENT
AND DEFENDANT MUST PAY PUNITIVE DAMAGES OF $525.000.00 IN ORDER TO
DISCOURAGE FURTHER BREACHES.

2. DEFENDANT SHOULD BE FOUND GUILTY OF VIOLATION OF CIVIL RIGHTS ACT,
FOR ACTIONS OF RETALLIATION AGAINST A FORMER EMPLOYEE WHO FILED AN EEO

PAGE 3
PLEADING IBANEZ V. DONAHUE

FOR ACTIONS OF RETALLIATION AGAINST A FORMER EMPLOYEE WHO FILED AN EEO

COMPLAINT.  MDO ALEJANDRA CRUZ, A MANAGER AND EXECUTIVE AT THE USPS

LAX ISC TOUR 3, RETALLIATED AND BREACHED AN EEO CONTRACT/SETTLEMENT BY

ENTERING A 40 HOUR AWOL REPORT AGAINST PLAINTIFF.  MDO CRUZ SHOULD

HAVE KNOWN AND BEING A MANAGER EXECUTIVE HAS ACCESS TO PLAINTIFF'S EEO

AND EMPLOYMENT RECORDS.  UNDER THE CIVIL RIGHTS ACT, GOOD MANAGEMENT

PRACTICES REQUIRES THE USPS TO PROPERLY TRAIN ITS MANAGERS TO

THOROUGHLY RESEARCH ALL FACTS BEFORE MAKING NEGATIVE DEROGATORY

ACTIONS AGAINST EMPLOYEES AND FORMER EMPLOYEES.  DEFENDANT USPS MUST

PAY PUNITIVE DAMAGES OF $300,000.00 IN ORDER TO DISCOURAGE FURTHER

VIOLATIONS OF THE CIVIL RIGHTS ACT.

3. DEFENDANT SHOULD BE FOUND GUILTY OF VIOLATIONS OF THE AMERICANS

WITH DISABILITIES ACT (ADA), FOR ACTIONS OF RETALLIATIONS AGAINST A

FORMER EMPLOYEE WHO HAS A DOCUMENTED DISABILITY AND FILED AN EEO

COMPLAINT. MDO CRUZ, BY HER ACTIONS OF RETALLIATIONS AGAINST A PERSON

WITH DISABILITY FURTHER ADDED PAIN AND MENTAL ANGUISH TO THE EXISTING

PAIN OF PHYSICAL DISABILITY.  DEFENDANT USPS MUST PAY $200,000.00 FOR

PUNITIVE DAMAGES IN ORDER TO DISCOURAGE FURTHER MALICIOUS VIOLATIONS

OF THE AMERICANS WITH DISABILITIES ACT.

4. DEFENDANT SHOULD BE FOUND GUILTY OF VIOLATIONS OF THE FAIR LABOR

STANDARDS ACT (FLSA), FOR ACTIONS OF RETALLIATIONS AGAINST A FORMER

EMPLOYEE WHO FILED AN EEO COMPLAINT AND HAS A KNOWN DISABILITY.

PAGE 4
PLEADING  IBANEZ V. DONAHUE

1  AGAINST A FORMER EMPLOYEE WHO FILED AN EEO COMPLAINT AND HAS A KNOWN
2  DISABILITY.  MDO CRUZ SHOULD HAVE KNOWN AND BEING A MANAGER EXECUTIVE
3  HAS ACCESS TO PLAINTIFF'S EEO AND DISABILITY AND EMPLOYMENT RECORDS.
4  UNDER THE FLSA, GOOD MANAGEMENT PRACTICES REQUIRES THE USPS TO
5  PROPERLY TRAIN ITS MANAGERS TO THOROUGLY RESEARCH ALL FACTS BEFORE
6  MAKING NEGATIVE DEROGATORY ACTIONS EMPLOYEES AND FORMER EMPLOYEES.
7  DEFENDANT USPS MUST PAY $25,000.00 TO DISCOURAGE FURTHER MALICIOUS
8  VIOLATIONS OF THE FAIR LABOR STANDARDS ACT.

9  __3-8-14__ DATE

12  _____
13  PEDRO N. IBANEZ   PRO PER

Reference: PRE-023795-2013

**Information for Pre-Complaint Counseling**

| | Certified Mail No. | Date Mailed   or   Hand Delivered on |
|---|---|---|
| By *(Initials)* | Case No. | |

On **7/15/2013**, you requested an appointment with a Dispute Resolution Specialist.
*(Month, Day, Year)*

**Important: Please read.** You should complete this form and return it to the EEO office **within 10 calendar days** of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name *(Last, First, MI)*   **IBANEZ, PEDRO N.**

Social Security   **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**

Home Telephone No.   **951-452-0475**

Your Mailing Address   **40091 PASEO CHAPARRO**

Finance Number   **05-4521**

Name of Postal Facility Where You Work   **RETIRED - MISSING LAST PAY**

Office Telephone No.   **310-337-8765**

Address of Postal Facility   **ISC LAX**
**5800 W. CENTURY BLVD, LOS ANGELES CA 90009**

Email Address*

Employment Status *(Check One)*
☐ Applicant   ☐ Casual   ☐ TE   ☒ Career

Position Title   **MAIL HANDLER**

Grade Level

Pay Location   **309**

Tour   **3**

Duty Hours   **1530-2400**

Off Days *(If Tour I, Show Nights Off)*   **FRI - SAT**

Time in Current Position   **10** Years   **0** Months

Your Supervisor's Name   **BRIAN TAH**

Supervisor's Title   **ASST. MDO**

Supervisor's Telephone No.   **310-337-8765**

*Providing this information will authorize the U.S. Postal Service to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, or in Retaliation (actions based on your participation in prior EEO activity)*. These categories are referred to on this form as factors.

What factor(s) of Discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

**PHYSICAL DISABILITY - RETALIATION**

*For Retaliation Allegations Only.* If you are alleging retaliation discrimination, provide the date(s) and specifics of the EEO activity that you feel caused you to be retaliated against.

1. On_____, I engaged in EEO activity. Case No.: **1F-901-0008-13**
   *(Month, Day, Year)*

2. On_____, I engaged in EEO activity. Case No.:_____
   *(Month, Day, Year)*

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On **ABOUT JUN - 3**, 20 **13**
  *Month, Day*        *Year*

**I FOUND OUT FROM USPS HR-SHARED ACCTG THAT**
**THE REASON WHY I RECEIVED ONLY HALF OF MY**
**USUAL PAYCHECK (SEE ATTACHED PAY STUB) IS I WAS**
**WRITTEN UP AWOL FOR 40 HOURS OF MY LAST PAY**
**PERIOD. I CONTACTED SUPERVISOR BRIAN TAH TO CHECK MY**
**CLOCK RINGS WILL SHOW I WAS NOT AWOL. HE SAID HE CANNOT**
**HELP ME - "MY NAME IS NOT ON COMPUTER ANYMORE."**

PS Form **2564-A**, March 2001 *(Page 1 of 3)*

EXHIBIT 1-1

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations

**1.** DEBRA (TOUR2)   BLACK WOMAN
*(Name of Employee)*          *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

was treated differently than I when: SHE WAS GIVEN OVERTIME WHILE ON RESTRICTIONS
AND RECEIVED FULL PAY WHEN SHE RECENTLY RETIRED.

**2.** FELISHA DESHONE   BLACK WOMAN ON RESTRICTION MEDICAL
*(Name of Employee)*          *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

was treated differently than I when: RECEIVES HER FULL PAY BUT ONLY COMES
TO WORK ONE WEEK OF EACH MONTH.

**3.**
*(Name of Employee)*          *Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)*

was treated differently than I when:

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action that prompted you to seek counseling at this time.

| 1a. Name BRIAN TAH | b. Title ASST. MDO |
|---|---|
| c. Office ISC LAX   70009 | d. Grade Level |
| 2a. Name | b. Title |
| c. Office | d. Grade Level |

**Retaliation Allegations Only:** Was/were the official(s) listed in Section E above aware of your prior EEO activity?

☐ No  ☒ Yes  If yes, explain how the official(s) became aware: HE COMPLETED PAPERWORK TO
GET ME PAID FOR PRIOR EEO THAT I WON.

## F. Resolution

What are you seeking as a resolution to your pre-complaint? 1. GET MY FULL PAY 2. WRITTEN
APOLOGY FROM SUPV. BRIAN TAH.

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the same issue?  ☒ No  ☐ Yes   If yes, _____ _____
   *(Date)*          *(Current Step)*

2. Filed a MSPB appeal on this issue?  ☒ No  ☐ Yes   If yes, _____
   *(Date Appeal Filed)*

EXH 1-2

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?  ☒ No   ☐ Yes

## I. Representation

You have the right to retain representation of your choice. (check one)

☒ I waive the right to representation at this time.      ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title | |
|---|---|---|
| Organization | Telephone Number | Email Address* |
| Mailing Address (Street or P.P. Box, City, State and Zip +4) | | |

\* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s).  Include a copy of any written action(s) that caused you to seek counseling at this time.

Note: If you are alleging mental and/or physical disability, it is important for you to submit medical documentation of your disability during the pre-complaint process.

## K. Privacy Act Notice

**Privacy Act Notice.**  The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794a; and Executive Order 11478, as amended.  This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program.  As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act.  Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-complaint Counseling*, I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here   *PEDRO N. IBANEZ*

Your Signature   *[signature]*      Date signed  *7-22-13*

## Please return this form to:

⌐    National EEO Investigative Services Office
EEO Contact Center
U.S. Postal Service
PO Box 21979
Tampa FL 33622-1979

EXH 1-3

| | | | | | | | | 03038544 | 08 13 | 49366642 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 309 | 05-4521 | | P N IBANEZ | | | | | | | | |
| PAYLOC | FINANCE NO. | | EMPLOYEE NAME | | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |

| | | DETAIL EARNINGS | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE | |
| 1 | P 06 | 53840 | 120 | W | 182 | 4711 | GROSS PAY | 103538 | 2267764 | FROM PREV YR | 1163 |
| | | | | L | 3818 | 98827 | FED TAX M4 | 00 | 185385 | EARNED THIS YR | 3000 |
| INSURANCE | INCOME | | | | 183 | | ST TAX CA M02 | 00 | 56150 | BAL | 4163 |
| | | | | | | | RETIRE 8 | 828 | 13188 | USED YR | 3429 |
| | | | | | | | MEDICARE | 1464 | 32459 | THIS PP | |
| | | | | | | | UN H | 1900 | 15200 | BALANCE | 13734 |
| | | | | | | | VDP | 00 | 5250 | SICK LEAVE | |
| | | | | | | | C0096 | 00 | 200 | FROM PREV YR | 11813 |
| | | | | | | | TSP $ | 10000 | 80000 | EARNED THIS YR | 200 |
| | | | | | | | HP111SLF | 2700 | 30646 | USED YR | 11018 |
| | | | | | | | SOSEC | 6263 | 138792 | THIS PP | 3818 |
| | | | | | | | | | | BALANCE | 2795 |
| | | | | | | | | | | LEAVE WITHOUT PAY | |
| | | | | | | | | | | THIS PP | 4000 |
| | | | | | | | | | | CUMULATIVE | |
| | | | | | | | | | | USPS RETIREMENT | |

NET PAY        803.83                                           3288.91

EARNINGS STATEMENT    PS FORM 1223-B, JUNE 1985

$E \times H \ 1-4$

ATTN: PONTA                    FILE

![UNITED STATES POSTAL SERVICE ™]

| EEO Settlement Agreement | Case Number |
|---|---|
| | **1F-901-0098-12** |

1. I, **Pedro N Ibanez,** do hereby voluntarily agree to withdraw the above captioned complaint and any and all relative administrative and judicial claims, issues, and demands arising from said complaint.

2. My withdrawal is based on the stipulation(s) that:
Pedro N Ibanez, herein after referred to as 'the Counselee', agrees to the following terms:  Management agrees to process an adjustment deleteing 40 hours of AWOL and paying the Counselee for 40 hours of leave that he was not paid for in the month of May 2012 within thirty days of this agreement. Management and the Counselee agree the relative to documentation for unscheduled absences for illness or injuries such documentation should contained the Nature of the illness or injury, duration and health care provider's indication that the employee was incapacitated for work due to that illness or injury as indicated in the ELM 513-364. Management and the Counselee also agree that it is his responsibility that if he is leaving the country he will arrange alternate means of communicating to his managers prior to his leaving in the case that he will not be able to report back to work in a timely manner at the conclusion of his vacation. The Counselee agrees to request that the Union withdraw all associated or remaining grievances with regard to the issues associated with this complaint. In the event that the Union refuses to withdraw said Union Grievances, Counselee agrees that they will refuse to accept any and all monetary compensation and/or any other relief given to them in any grievance settlement and/or arbitration award.  This Agreement operates as Counselee's irrevocable refusal to accept these benefits. This agreement may be executed in multiple counterparts, each of which shall be deemed to be an original and all of which taken together shall constitute one and the same agreement. Facsimile transmitted signatures shall be binding on all parties hereto. This agreement represents a complete settlement of all issues raised in this complaint and may not be regarded as a precedent, or cited for any purpose in any other proceeding or in any other form.

I fully understand that by agreeing to this resolution, I waive my rights to any further appeal of my complaint through the EEO process.  I further state that this agreement did not result from harassment, threats, coercion or intimidation. I am fully aware that any settlement agreement knowingly and voluntarily agreed to by the parties, reached at any stage of the complaint process is binding on both parties.  Should I believe the Postal Service has filed to adhere to the stipulations contained in this agreement for any reason not attributable to my acts or conduct, I must notify the Manager, EEO Complaint's Processing Office located in my district, in writing, within 30 calendar days of the alleged noncompliance.  (Employees at Postal Service Headquarters and Headquarters Field Units and employees of the Inspection Service should notify the Manager, EEO Compliance and Appeals at Postal Service Headquarters.)  I may include in my statement of noncompliance a request that the terms of the settlement agreement be specifically implemented or, alternatively, that my complaint be reinstated for further processing from the point processing ceased.  The Postal Service will respond to my request in accordance with 29 C.F.R. § 1614.504.

| Privacy Act Notice |
|---|

**Privacy Act Notice.**   The collection of this information is authorized by The Equal Employment Opportunity Act of 1972, 42 U.S.C. 2000e-16; The Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C.633a; .The Rehabilitation Act of 1973, as amended, 29 U.S.C. 794a; and Executive Order 11478, as amended.   This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program.  As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or

other benefits; to a congressional office at your request; to an expert, consultant, or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act.  Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

| Signature of Complainant | Date |
|---|---|
| | 9/26/2012 |

Management agrees to the aforementioned stipulation solely in an effort to resolve the complainant's allegation(s), and this agreement should not be construed as an admission of discrimination or wrongdoing on the part of any official of the U.S. Postal Service.

| Signature of Management Representative | Date |
|---|---|
| | 9/26/2012 |

| Printed Name of Management Representative | Title of Management Representative |
|---|---|
| BRENDA WALKER | Manager of Distribution |

PS Form 2564-B, June 2001

EXHIBIT 2-1

U.S. Postal Service
## EEO Dispute Resolution Specialist's (DRS) Inquiry Report

| | |
|---|---|
| | Case No.<br>1F-901-0107-13 |

### NOTICE OF RESTRICTED USAGE

Access to, and usage of, this EEO report is restricted by both the Freedom of Information Act and the Privacy Act to: (1) the complainant and his or her representative, and (2) government officials who must have access to the files to discharge their OFFICIAL duties.  The report must be safeguarded.  Willful violations of these requirements are subject to criminal penalties (5 U.S.C. 552a(i)).

**Complainant**

| Name *(Last, First, MI)*<br>**Ibanez, Pedro N** | SSN or EIN<br>**03038544** |
|---|---|

| Home Address *(No., Street, City, State, ZIP + 4)*<br>**40091 Paseo Chaparro**<br>**Murrieta, CA 92562-9251** | Work Address *(Facility Name, No., Street, City, State, ZIP + 4)*<br>**LAX-International Service Center (ISC)**<br>**5800 W Century Bl.**<br>**Los Angeles, CA 90009-9997** |
|---|---|

| Home Telephone No.<br>**951-452-0475** | Email Address | Office Telephone No.<br>**310-337-8765** |
|---|---|---|

| Position Title<br>**Mail Handler** | Grade Level<br>**PS-04** | Tour<br>**3** | Duty Hours<br>**1530-2400** |
|---|---|---|---|

| Off Days *(For Tour I, record of nights)*<br>**Fri/Sat** | Is EEO Poster 72 on display in Complainant's facility?<br>☒ Yes, verified on date **December 21, 2012**   ☐ No |
|---|---|

| Preference Eligible<br>☐ Yes  ☒ No | Mixed Case<br>☐ Yes   ☒ No | MSPB Appeal Filed?<br>☐ Yes   ☒ No  If Yes, Date Filed: |
|---|---|---|

**Chronology of Informal Process**

| Date of Incident<br>**6/3/2013** | Date of Initial Contact with EEO Office<br>**7/15/2013** | Date of Initial Interview<br>**7/30/2013** |
|---|---|---|

| REDRESS™ Overview<br>☒ Yes  ☐ No | ADR Election Form Signed<br>☒ Yes   ☐ No | 60 Day Extension Form Signed<br>☒ Yes   ☐ No  If Yes, Expiration Date: **10/12/2013** |
|---|---|---|

| Date Complainant Signed or Received Notice of Right to File   **11/1/2013** | Date DRS Report Requested<br>**11/12/2013** | Date DRS Report Submitted<br>**11/26/2013** |
|---|---|---|

**Basis for Alleged Discrimination**

Check and Particularize Each that Applies

| | |
|---|---|
| ☐ 1. Race (Specify): | ☐ 6. Age (Specify Date of Birth): |
| ☐ 2. Color (Specify): | ☒ 7. Physical Disability (Specify): **Not specified** |
| ☐ 3. Religion (Specify): | ☐ 8. Mental Disability (Specify): |
| ☐ 4. Sex (Specify): | ☐ 9. Genetic Information (Specify): |
| ☐ 5. National Origin (Specify): | ☒ 10. Retaliation (Specify Cited Prior EEO Activity):<br>**1F-901-0008-13** |

Discrimination Claim(s):
**The Counselee alleged discrimination based on physical disability and retaliation when on 6/3/13 he discovered he was charged with 40 hours of Leave Without Pay (LWOP).**

Requested Resolution
**The Counselee requested to get full pay and written apology from Supervisor Brian Ta.**

PS Form 2570, October 2010 *(Page 1 of 3)*

EXHIBIT 3-1

**Dispute Resolution Specialist's Inquiry**

Brief Summary of Inquiry (If applicable)

Pedro N Ibanez, herein after referred to as the Counselee alleged discrimination based on physical disability and retaliation. Counselee named Supervisor, Distribution Operation (SDO) Brian Ta as the responsible management official. Counselee indicated on 7/3/13 after reviewing his pay records he discovered he was charged with 40 hours of Leave Without Pay (LWOP). Counselee indicated he contacted SDO Ta and questioned why he only received one week pay, he was told his Time and Attendance Control System (TACS) records were no longer available for viewing because he was no longer on the roll.

An inquiry was conducted and SDO Ta indicated; he did not recall charging the Counselee with LWOP and he had no records on hand to review. However, TACS records obtained from the TACS office revealed the Counselee was charged with 40 hours of LWOP and the entries were made by Manager, Distribution Operation (MDO) Alejandra Cruz. MDO Cruz stated the Counselee was out of the country and did not return to work as scheduled. MDO Cruz stated the Counselee could not be paid for hours he did not work.

DRS note: 1) Counselee indicated, management confirmed and GATS records indicated there was no grievance filed on the stated issue. 2) Counselee in his initial complaint alleged being charged with 40 hrs of AWOL however pay stub records he provided and TACS records indicated he was charged with LWOP.

**REDRESS™ (Dispute Resolution Specialist complete this section if counselee participated in ADR)**

Date of mediation **N/A**   Disposition ☐ Resolved   ☐ Not Resolved

**Summary of Final Interview**

In that the matter could not be resolved in counseling, PS Form 2579-A and PS Form 2565 were mailed to the counselee on 10/11/13 via Priority w/Signature Confirmation #2305 1590 0001 1272 4017. Records reflect the NRTF forms were received on 11/1/2013. The letter instructed the Counselee had (15) fifteen calendar days from the receipt of the letter to file a request for a formal investigation. Further instructions were given that the request must be addressed to: NEEIOSO- FORMAL COMPLINTS, US POSTAL SERVICE P.O. BOX 21979 TAMPA, FL 33622-1979

**Privacy Act Notice**

The collection of this information is authorized by the Equal Employment Opportunity Act of 1972, 42 U.S.C. § 2000e-16; the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 633a; the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794; and Executive Order 11478, as amended. This information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. As a routine use, this information may be disclosed to an appropriate government agency, domestic or foreign, for law enforcement purposes; where pertinent, in a legal proceeding to which the USPS is a party or has an interest; to a government agency in order to obtain information relevant to a USPS decision concerning employment, security clearances, contracts, licenses, grants, permits or other benefits; to a government agency upon its request when relevant to its decision concerning employment, security clearances, security or suitability investigations, contracts, licenses, grants or other benefits; to a congressional office at your request, to an expert, consultant or other person under contract with the USPS to fulfill an agency function; to the Federal Records Center for storage; to the Office of Management and Budget for review of private relief legislation; to an independent certified public accountant during an official audit of USPS finances; to an investigator, administrative judge or complaints examiner appointed by the Equal Employment Opportunity Commission for investigation of a formal EEO complaint under 29 CFR 1614; to the Merit Systems Protection Board or Office of Special Counsel for proceedings or investigations involving personnel practices and other matters within their jurisdiction; and to a labor organization as required by the National Labor Relations Act. Under the Privacy Act provision, the information requested is voluntary for the complainant, and for Postal Service employees and other witnesses.

Office Address of Dispute Resolution Specialist (No., Street, City, State, and Zip + 4)
**EEO DISPUTE RESOLUTION**
**7001 S Central Avenue**
**Los Angeles, CA 90052-4211**

Office Address of Manager EEO Compliance & Appeals (No., Street, City, State, and Zip + 4)
**PO Box 880546**
**San Francisco, CA 94188-0546**

Specialist's Office Telephone No.
**(323) 586-3648**

Specialist's Office Hours
**0700-1550**

Signature of EEO Dispute Resolution Specialist

Typed Name of EEO Dispute Resolution Specialist **Fanta Hailu**   Date **11/26/2013**

PS Form **2570**, October 2010 (Page 3 of 3)

EXHIBIT 3-2


**UNITED STATES**
**POSTAL SERVICE** ®

## EEO Complaint of Discrimination in the Postal Service
*(See Instructions and Privacy Act Statement on Reverse)*

| 1. Name <br> Pedro N Ibanez | 2. EIN <br> 03038544 | 3. Case No. <br> 1F-901-0107-13 |
|---|---|---|

| 4a. Mailing Address (Street or P.O. Box) <br> 40091 Paseo Chaparro | 4b. City, State, and Zip + 4 <br> Murrieta, CA 92562-9251 |
|---|---|

| 5. Email Address * | 6. Home Phone <br> (951)452-0475 | 7. Work Phone <br> (951)452 0475 |
|---|---|---|

| 8. Position Title (USPS Employees Only) <br> USPS RETIRED | 9. Grade Level (USPS Employees Only) | 10. Do You Have Veteran's Preference Eligibili <br> ☒ Yes   ☐ No |
|---|---|---|

| 11. Installation Where You Believe Discrimination Occurred *(Identify Installation, City, State, and Zip+4)* <br> LAX ISC 5800 W. CENTURY BLVD, LOS ANGELES 90009 CA | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory <br> BRIAN TA |
|---|---|

| 13a. Name of Your Designated Representative   NONE | 13b. Title |
|---|---|

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State, and ZIP + 4 |
|---|---|

| 13e. Email Address * | 13f. Home Phone <br> (   ) | 13g. Work Phone <br> (   ) |
|---|---|---|

\* Providing this information will authorize the Postal Service to send important documents electronically.

**14. Type of Discrimination You Are Alleging**

☐ Race (Specify):
☐ Color (Specify):
☐ Religion (Specify):
☐ National Origin (Specify):

☐ Sex (Specify):
☐ Age (40+) (Specify):
☒ Retaliation (Specify Prior EEO Activity):
☒ Disability (Specify): SHOULDER, KNEE, L
☐ Gentic (Specify):

**15. Date on Which Alleged Act(s) of Discrimination Took Place**
7-13-13

**16.** Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employee or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability. *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1616.106(d)*

I AM FILIANO ASIAN RETIRED WITH WORKER COMP DISABILITY. MR BRIAN TAH KNOWS I HAVE DISABILITY AND HE DID EEO PAPER WORK ON ME BEFORE. AFTER I RETIRED HE WROTE ME UP 40 HR AWOL

**17. What Remedy Are You Seeking to Resolve this Complaint?**

PAY MY 40 HOURS
LETTER REPRIMAND BRIAN TA

**18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?**

☒ Yes on 7/30/2013  ☐ No

| 19a. Signature of Dispute Resolution Specialist | 19b. Date <br> October 11, 2013 |
|---|---|

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint <br> 11-3-13 |
|---|---|

PS Form **2565**, October 2010 (Page 1 of 2)

EXHIBIT 4-1

Date: _12/21/10_
Mediator Case No.: _____
USPS EEO Case No.: _14500-0003-11_
District: _LA_

**UNITED STATES POSTAL SERVICE**

## SETTLEMENT AGREEMENT FORM

## IN THE MATTER OF MEDIATION BETWEEN

Counselee: _PEDRO N. IBANEZ_

Management Official: _RAUL CORONA_

**Any alleged breach arising out of the implementation of or compliance with this settlement agreement must be reported in writing within 30 days of the alleged breach to the EEO Region 1 Compliance & Appeals Pacific Area Office, P.O. Box 880546, San Francisco, CA 94188-0546.**

THIS AGREEMENT DOES/DOES NOT NEED TO BE APPROVED BY:

_____ (e.g., union official, management official, labor relations, etc.).

## AGREEMENT

As a complete and final settlement of the subject matter, and without prejudice to the position of the parties in any other case, and with the understanding that it will not be cited in other proceedings, the parties have entered into the following resolution. It is mutually agreed between the parties that this matter be resolved as follows:

It is agreed that the counselee, Pedro Ibanez shall be awarded/compensated at the overtime rate of 1.5 for (8) eight hours.

Page _1_ of _2_

Settlement Form
Updated 10/05

EXHIBIT S-1

Date: 12/21/10
Mediator Case No.: _____
USPS EEQ Case No.: 1 Y 330 - 0003 -11
District: LA

This agreement constitutes a full and final settlement of all issues arising out of the subject matter of the following EEO complaint numbers and by signing this agreement the counselee withdraws any and all pending EEO complaints and appeals relative to the subject matter of these complaints:

Management agrees to the contents of this resolution solely in an effort to resolve the counselee's allegation(s), and this agreement should not be construed as an admission of discrimination or wrongdoing on the part of any official of the U.S. Postal Service.

Unless otherwise agreed above, the complainant waives all rights to attorney's fees or costs related to the EEO complaints resolved by this agreement.

**If there are related grievances (beyond Step 1) which the parties would like to withdraw, an authorized union official must sign below.** The counselee wishes to withdraw the following grievances:

If the terms of this agreement are determined to violate a provision of the applicable collective bargaining agreement, this agreement will be null and void. In the event that this agreement becomes null and void, the complainant will be allowed to either renegotiate the terms of this agreement to be in compliance with the collective bargaining agreement OR to reinstate his or her complaint.

Everyone signing this document does so fully and without coercion.

The parties understand that the terms of this agreement are protected by the Privacy Act (5 U.S.C. § 570 and following) and agree to keep the terms of this agreement confidential except as otherwise required by law and as necessary to carry out the terms of the agreement or resolve disputes over compliance of this agreement.

_____       12-21-10
Signature of Mgt. Official                      Date

_____       12-21-10
Signature of Mgt. Official Rep. (if any)        Date

_____       12-21-10
Signature of Counselee                          Date

_____       12.21.2010
Signature of Counselee's Rep. (if any)          Date

_____       _____
Signature of Union Official for the Union       Date
(only if grievances are being withdrawn)

Page 2 of 2

Settlement Form
Updated 10/05

EXHIBIT 5-2

*ATTN: FONTA*

REDRESS TASK FORCE

 **UNITED STATES**
**POSTAL SERVICE**

## AGREEMENT TO MEDIATE

Case Name: __Pedro N. Ibanez__        Case No. __1Y-520-0003-11__

1. The parties agree to try to resolve this case through mediation. The parties understand that settlement during mediation is entirely voluntary.

2. The parties understand that the mediator has no power to decide who wins or loses this case and will not express an opinion on who is right or wrong. Rather, the mediator is going to try to help the parties reach their own resolution of this case by facilitating the discussion.

3. The parties understand that the mediator is not going to act as an advocate or attorney for any participant and that each party has the right to have a representative during mediation.

4. The parties understand that the purpose of mediation is to explore whether the parties can reach a resolution, not to gather information for a hearing or trial. The parties agree not to subpoena the mediator or any observer to testify about what was said in mediation.

5. The mediator and all observers agree not to voluntarily testify on behalf of any party and will not report anything said during this mediation UNLESS one of the participants makes a genuine threat of physical harm OR reveals information of: criminal activity; fraud, waste, or abuse of postal property; or child or elder abuse.

6. The mediation session will not be recorded by anyone (either video or audio) and no transcript of the session will be produced.

7. The parties understand that any documents prepared for or during mediation (such as case summaries presented to the mediator or notes taken by the mediator) are for settlement purposes only and may not be subpoenaed for, or used in, a hearing or trial.

8. The parties understand that no participant will be bound by anything said or done in mediation unless and until there is a written settlement agreement.

DATE: __12/21/10__

_____        _____
PARTY                                   PARTY

_____        _____
PARTY'S REPRESENTATIVE                  PARTY'S REPRESENTATIVE

_____        _____
MEDIATOR                                OBSERVER

                                        _____
                                        OBSERVER

                                   **Agreement to Mediate**
                                   **Revised 11/99**

EXHIBIT 5-3



**UNITED STATES**
**POSTAL SERVICE** ®

# EEO Complaint of Discrimination in the Postal Service
### (See Instructions and Privacy Act Statement on Reverse)

| 1. Name  Pedro N Ibanez | 2. EIN  03038544 | 3. Case No.  1F-901-0008-13 |
|---|---|---|

| 4a. Mailing Address (Street or P.O. Box)  40091 Paseo Chaparro | 4b. City, State, and Zip + 4  Murrieta, CA 92562-9251 |
|---|---|

| 5. Email Address * | 6. Home Phone  (951) 452-0475 | 7. Work Phone  (310) 337 8765 |
|---|---|---|

| 8. Position Title (USPS Employees Only)  MAILHANDLER | 9. Grade Level (USPS Employees Only)  6 | 10. Do You Have Veteran's Preference Eligibili  ☒ Yes   ☐ No |
|---|---|---|

| 11. Installation Where You Believe Discrimination Occurred (Identify Installation, City, State, and Zip+4)  LAX ISC TOUR 3  LOS ANGELES, CA 90009 | 12. Name & Title of Person(s) Who Took the Action(s) You Allege Was Discriminatory  BRENDA WALKER, MDO TR3  BRIAN TA, ASST MDO TR3 |
|---|---|

| 13a. Name of Your Designated Representative  NONE | 13b. Title |
|---|---|

| 13c. Mailing Address (Street or P.O. Box) | 13d. City, State, and Zip + 4 |
|---|---|

| 13e. Email Address * | 13f. Home Phone  (      ) | 13g. Work Phone  (      ) |
|---|---|---|

\* Providing this information will authorize the Postal Service to send important documents electronically.

| 14. Type of Discrimination You Are Alleging | | 15. Date on Which Alleged Act(s) of Discrimination Took Place |
|---|---|---|
| ☒ Race (Specify): FILIPINO/BLACK | ☒ Sex (Specify): MALE/FEMALE | ON OR ABOUT |
| ☐ Color (Specify): | ☐ Age (40+) (Specify): 1F-901-0098-12 | OCT 01-12 TO |
| ☐ Religion (Specify): | ☐ Retaliation (Specify Prior EEO Activity): | NOV 16-2012 |
| ☐ National Origin (Specify): | ☒ Disability (Specify): KNEE INJURY | |
| | ☐ Gentic (Specify): | |

**16. Explain the specific action(s) or situation(s) that resulted in you alleging that you believe you were discriminated against (treated differently than other employees or applicants) because of your race, color, religion, sex, age (40+), national origin, or disability.** *Note that if your allegation is like or related to a previous complaint, that complaint may be amended. 29 C.F.R. § 1616.106(d)*     SEE ATTACHED PAGES

ON ABOUT OCT-01-2012 I ASKED ASST MDO BRIAN TA TO GIVE ME OVERTIME
WITHIN MY RESTRICTIONS (SITTING DOWN, 25 LBS), WHICH IS ALLOWED BY OUR UNION
CONTRACT. HE REFUSED. ON ABOUT NOV-1-12 I ASKED MDO BRENDA WALKER
SHE ALSO REFUSED, YET THEY GIVE OVERTIME TO THREE OTHER BLACK WOMEN
WHO HAVE RESTRICTIONS, ONE THEM DO SIT DOWN WORK ON OVERTIME.

**17. What Remedy Are You Seeking to Resolve this Complaint?**
PAY ME BACK OVERTIME I WAS DENIED

**18. Did You Discuss Your Complaint with a Dispute Resolution Specialist or a REDRESS Mediator?**
☒ Yes on 11/20/2012  ☐ No

| 19a. Signature of Dispute Resolution Specialist | 19b. Date  February 1, 2013 |
|---|---|

| 20. Signature of Complainant or Complainant's Attorney | 21. Date of this Complaint  01 FEB-2013 |
|---|---|

PS Form **2565**, October 2010 (Page 1 of 2)

EXHIBIT 6

National EEO Investigative Services Office

 **UNITED STATES
POSTAL SERVICE**

## UNITED STATES POSTAL SERVICE
## EQUAL EMPLOYMENT OPPORTUNITY CASE
## IN THE MATTER OF

| | | |
|---|---|---|
| PEDRO IBANEZ<br>40091 Paseo Chaparro<br>Murrieta, CA 92562-9251<br>Complainant | )<br>)<br>)<br>)<br>) | USPS Tracking Number Complainant:<br>    9114 9011 2308 6001 5870 04 |
| v. | )<br>) | Agency Case Number:  1F-901-0107-13 |
| PATRICK R. DONAHOE<br>Postmaster General<br>Pacific Area<br>Agency. | )<br>)<br>)<br>)<br>) | Date Formal Filed:   November 5, 2013 |

### DISMISSAL OF FORMAL EEO COMPLAINT

Receipt of the above-cited formal complaint of discrimination is herein acknowledged. This is the Postal Service's final decision on the above-cited discrimination complaint.

<u>Specific Issue(s)</u>: You allege that you were subjected to discrimination based on retaliation (prior EEO activity) and disability (shoulder/knee) when you were charged 40 hours of Leave Without Pay (LWOP) for Pay Period (PP) 8, Week 2 of Fiscal Year (FY) 2013 (March 30-April 5, 2013).[1]

<u>Chronology</u>

You were a mail handler at the agency's Los Angeles, CA International Service Center (LAX ISC) at the time of the alleged discriminatory action.  The record reflects that you requested pre-complaint processing on July 15, 2013. You received a Notice of Right to File on November 1, 2013.  Subsequently, on November 5, 2013, you filed a formal complaint of discrimination with the agency.

---

[1] Although you state you were charged AWOL (Absent Without Leave) for this time period, time and attendance records (TACS) show that you were coded as LWOP for this week (code 06000).  This is also reflected in the pay stub that you provided for PP 8, FY 13 which indicates you were charged 40 hours of LWOP.

EXHIBIT 7-1

2

Analysis and Conclusion

EEOC Regulations found at 29 C.F.R. 1614.107(a), state that prior to a request for a hearing in a case, the agency shall dismiss an entire complaint: (2) that fails to comply with the applicable time limits contained in 1614.105. Under part 29 C.F.R. 1614.105(a) (1), an aggrieved person must initiate contact with a Counselor within 45 days of the date of the matter alleged to be discriminatory.

Commission has adopted a "reasonable suspicion" standard to determine when the 45-day limitation period is triggered. *See Davis v. Department of the Air Force*, EEOC Appeal No. 01A21734, (March 18, 2003), *Bowser v. USPS*, EEOC Appeal No. 01A05301, (June 13, 2002). *All citing Howard v. Department of the Navy*, EEO Request No. 05970852 (February 11, 1999).

Under the "reasonable suspicion standard" applied by the Commission, the time period for contacting an EEO counselor is triggered when the complainant should reasonably suspect discrimination, but before all the facts that would support a charge of discrimination may have become apparent. *Paredes v. Nagle,* 27 FEP Cases 1345 (D.D.C. 1982). See also *Heins v. US Postal Service,* EEOC Appeal No. 01981724 (May 5, 1999) (Commission affirmed agency's decision of untimeliness).

In your formal complaint, you allege that after you retired, your supervisor "wrote me up for 40 hr AWOL." In your informal complaint, you state that on or about June 3, 2013, you found out that the reason you only received half of your normal paycheck was because you were "written up for AWOL for 40 hours of my last pay period." You provided a copy of your pay stub which shows you were charged 40 hours of Leave Without Pay (LWOP) for Pay Period (PP) 8, Week 2 of Fiscal Year (FY) 2013 (March 30-April 5, 2013). The pay day for this pay period was the end of the following week, on Friday, April 12, 2013. At that time you were made aware via your pay stub that you were charged with 40 hours of LWOP for that pay period. You did not contact the EEO office until July 15, 2013, 94 days later and beyond the 45 day time limit.

The Supreme Court has ruled "We conclude that a Title VII plaintiff raising claims of discrete discriminatory or retaliatory acts must file his charge within the appropriate time periods..." *See National Railroad Passenger Corp. v. Morgan*, 536 U.S. 101 122 S. Ct 2061; *Ornelas v. Department of Justice*, EEOC Appeal No. 01995301, (September 29, 2002).

In *Morgan*, the Court held "Discrete acts such as termination, failure to promote, denial of transfer, or refusal to hire are easy to identify." See *Baldwin County Welcome Center v. Brown,* 466 U.S. 147, 151 (1984) (per curiam) ("One who fails to act diligently cannot invoke equitable principles to excuse lack of diligence); *Rys v. U.S. Postal Service,* 886 F.2d 443, 446 (1st Cir. 1989) ("to find succor in equity a Title VII plaintiff must have diligently pursued her claim").

EXHIBIT 7-2

Title VII prohibits "unlawful employment practices." The term "practice" has repeatedly been interpreted to apply to a discrete act of single "occurrence," even when it has a connection to other acts. Each discrete act starts the limitations period. The Commission has held that under *Morgan*, the complainant should have initiated contact with an EEO Counselor within the forty-five day period. *See Ronald Cornwell v. Department of Interior*, EEOC Appeal No. 01A04763 (April 10, 2003).

The time limit for contacting the EEO Counselor begins to run when the complainant possesses a "reasonable suspicion" of discrimination, not when he or she has discovered all the facts necessary to support a finding of discrimination. *See Lehner v. Tennessee Valley Authority*, EEOC Request No. 05910597 (August 1, 1991); *Bracken v. United States Postal Service*, EEOC Request No. 05900065 (March 29, 1990). The limitation period is triggered at the time of the alleged discriminatory act, not the time when the consequences of the act become most painful. *See Delaware State College v. Ricks*, 449 U.S. 250,258 (1980)(citations omitted).

The Commission has held that a complainant must act with due diligence in the pursuit of a claim or the doctrine of "laches" may be applied. *See Davis, supra, Whitaker v. U.S. Postal Service*, Appeal No. 01A60917 (April 11, 2006), *Tonzola v. USPS*, EEOC Appeal No. 01A05263, November 20, 2001), *Boyd v. USPS*, EEOC Appeal No. 01A24859, (February 13, 2003), all citing *O'Dell v. Department of Health and Human Services*, EEOC Request No. 05901130 (December 27, 1990).

EEOC Regulations at 1614.105(a)(2) state that the agency shall extend the 45-day time limit when the individual shows that he or she was not notified of the time limits and was not otherwise aware of them, that he or she did not know and reasonably should not have known that the discriminatory matter or personnel action occurred, that despite due diligence he or she was prevented by circumstances beyond his or her control from contacting the counselor within the time limits, or for other reasons considered sufficient by the agency or the Commission.

Furthermore, it is the Commission's policy that constructive knowledge will be imputed to an employee when the employer has fulfilled its obligation of informing employees of their rights and obligations under Title VII. *Thompson v. Department of the Army*, EEOC Request No. 05910474 (September 12, 1991) (citing *Kale v. Combined Ins. Co. of America*, 961 F.2d 746, 752-53 (1st Cir. 1988).

Records reflect that *EEO Posters 72, Equal Employment is the Law*, is and has been posted at your facility. Poster 72 informs employees or applicant for employment to contact the EEO office within 45 calendar days of the date of the alleged discriminatory action or, if a personnel action is involved, within 45 calendar days of the effective date of the action. *See Lance Shabazz v. Runyon, Jr., Postmaster General, United States Postal Service, EEOC 01971930 (March 20, 1998).* In addition, it is noted that you have engaged in prior EEO activity and thus are well aware of the time limits associated with the filing of such complaints.

EXHIBIT 7-3

We find that you were aware of the time limits for contacting an EEO Counselor and were not otherwise prevented by circumstances beyond your control from requesting counseling within the 45-day timeframe.

The complaint is devoid of substantive evidence to justify your untimely contact with the EEO office. Therefore, your complaint alleging discrimination as cited above is now **dismissed** as untimely brought to the attention of an EEO Counselor in accordance with 29 C.F.R. 1614.107(a) (2).

## Appeal to the Equal Employment Opportunity Commission

If you are dissatisfied with this decision you may appeal to the Equal Employment Opportunity Commission **within 30 calendar days** of the date of your receipt of the Agency's final action, or, if you are represented by an attorney, **within 30 calendar days** of your attorney's receipt of this action. The appeal must be in writing and filed with the Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 77960, Washington, D.C. 20013-8960, or facsimile to (202) 663-7022. The complainant should use EEOC Form 573, Notice of Appeal/Petition, (attached to the agency's decision) and should indicate what he or she is appealing. Any supporting statement or brief must be submitted to the EEOC **within 30 calendar days** of filing the appeal. A copy of the appeal and any supporting documentation must also be submitted to the agency's designated office: Manager, National EEO Investigative Services Office, P.O. Box 21979, Tampa, FL 33622-1979. In or attached to the appeal to the EEOC, you must certify the date and method by which service of the appeal was made on the agency's office.

Failure to file within the 30-day period could result in the EEOC's dismissal of the appeal unless you explain, in writing, extenuating circumstances which prevented filing within the prescribed time limit. In this event, extending the time limit and accepting the appeal will be discretionary with the EEOC.

If you file an appeal with the EEOC's Office of Federal Operations, you may thereafter file a civil action in an appropriate U.S. District Court **within 90 calendar days** of your receipt of the Office of Federal Operations' decision. A civil action may also be filed after 180 calendar days of your appeal to the EEOC, if you have not received a notice of final action on your appeal.

## Right to file a civil action

In lieu of filing an appeal with the Equal Employment Opportunity Commission, you may file a civil action in an appropriate U.S. District Court within 90 calendar days of your receipt of this decision. If you choose to file a civil action, that action should be captioned **Pedro Ibanez vs. Patrick R. Donahoe, Postmaster General, U.S. Postal Service**. You may also request the court to appoint an attorney for you and to authorize the commencement of that action without the payment of fees, costs, or security in such

EXHIBIT 7-4

5

circumstances as the court deems just.  Your application must be filed within the same 90-day time period for filing the civil action.

*Katherine Baker-Abrams*

Katherine Baker-Abrams
EEO Services Analyst

December 10, 2013
Date

Attachment:
1.    EEOC Form 573, "Notice of Appeal/Petition"
2.    PS Form 2570, EEO Dispute Resolution Specialist's (DRS) Inquiry Report

EXHIBIT 7-5

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☒ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
|  |  |

| (b) County of Residence of First Listed Plaintiff _RIVERSIDE_ <br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br>(IN U.S. PLAINTIFF CASES ONLY) |
|---|---|
| (c) Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. <br> _PEDRO N. IBANEZ - PRO PER_ <br> _40091 PASEO CHAPARRO ST. MURRIETA CA 92562_ <br> _951-452-0475_ | Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☒ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ _525,000.00_

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
_BREACH OF CONTRACT/SETTLEMENT, VIOLATION OF CRA, VIOLATION OF ADA, VIOLATION OF FLSA_

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ-enced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com-modities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☒ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| FOR OFFICE USE ONLY: | Case Number: | _EDCV14-462   VAP   SPX_ |
|---|---|---|

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes  ☑ No | ☐ Los Angeles | Western |
| If "no," go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
|  | A PLAINTIFF?  Then check the box below for the county in which the majority of DEFENDANTS reside. | A DEFENDANT?  Then check the box below for the county in which the majority of PLAINTIFFS reside. |  |
| ☑ Yes  ☐ No | ☐ Los Angeles | ☑ Los Angeles | Western |
| If "no," go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
|  | ☐ Orange | ☐ Orange | Southern |
|  | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
|  | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? (Make only one selection per row) | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of claims arose: | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

**C.1. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column C

☐ only 1 answer in Column C and no answers in Column D

Your case will initially be assigned to the
SOUTHERN DIVISION.
Enter "Southern" in response to Question D, below.

If none applies, answer question C2 to the right. ➡

**C.2. Is either of the following true? If so, check the one that applies:**

☐ 2 or more answers in Column D

☑ only 1 answer in Column D and no answers in Column C

Your case will initially be assigned to the
EASTERN DIVISION.
Enter "Eastern" in response to Question D, below.

If none applies, go to the box below. ⬇

Your case will initially be assigned to the
WESTERN DIVISION.
Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | EASTERN |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court** and dismissed, remanded or closed?     ☑ NO     ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Have any cases been previously filed **in this court** that are related to the present case?     ☑ NO     ☐ YES

_NOT KNOWN_

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)     ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**     _(signature)_     DATE: _3-7-14_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____ Virginia A. Phillips _____ and the assigned
Magistrate Judge is _____ Sheri Pym _____ .

The case number on all documents filed with the Court should read as follows:

## 5:14-cv-00462-VAP-SPx

Pursuant to General Order 05-07 of the United States District Court for the Central District of
California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____ March 13, 2014 _____
Date

By _A. COBIAN_____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is
filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

☐ Western Division          ☐ Southern Division          ☒ Eastern Division
312 N. Spring Street, G-8        411 West Fourth St., Ste 1053        3470 Twelfth Street, Room 134
Los Angeles, CA 90012            Santa Ana, CA 92701                  Riverside, CA 92501

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (08/13)                     NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES