**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 14-00462-VAP (SPx)                    Date:  February 10, 2015

Title:   PEDRO N. IBANEZ -v- PATRICK R. DONAHUE POSTMASTER GENERAL US POSTAL SERVICE
==================================================================
PRESENT:      HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:     MINUTE ORDER TO SHOW CAUSE RE DISMISSAL OF ACTION FOR FAILURE TO PROSECUTE (IN CHAMBERS)

   On December 2, 2014, the Court issued an Order setting a scheduling conference in this matter for 1:30 p.m. on February 9, 2015.  (Doc. No. 17.)  In violation of Local Rule 16-13, pro se Plaintiff Pedro Ibanez failed to attend the conference.

   Plaintiff is therefore ORDERED to show cause, in writing, no later than March 2, 2015, why the Court should not dismiss this case for failure to prosecute.

   **IT IS SO ORDERED.**