**United States District Court**
**Central District of California**
**Eastern Division**          JS-6

Pedro N Ibanez,

        Plaintiff,

    v.

Patrick R Donahue,

        Defendant.

EDCV 14-462-VAP (SPx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: 11/18/15

                                  Virginia A. Phillips
                                  United States District Judge